## SECOND DEPARTMENT, SEPTEMBER, 1917.

JOHN R. FARRAR, Plaintiff, v. GEORGE FREIFELD, Defendant.— The court
declines to entertain the controversy submitted, as its decision would not
bind the necessary parties. Jenks, P. J., Thomas, Mills, Putnam and
Blackmar, JJ., concurred.

In the Matter of the Petition of THOMAS B. LINEBURGH for an Order
Restraining the BOARD OF ELECTIONS OF THE CITY OF NEW YORK from
placing Certain Names upon a Primary Election Ballot for the Eleventh
Election District of the Fifth Assembly District of Kings County.
— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas,
Stapleton and Mills, JJ., concurred. Order to be settled before Mr. Justice
Stapleton.

In the Matter of the Petition of JOHN E. CLARK, etc., Respondent, and
GEORGE C. HALL and Others, Appellants.— Order reversed, without costs,
and motion denied, upon the ground that it does not appear that John E.
Clark filed objections with the board of elections pursuant to section 55a
of the Election Law.* Jenks, P. J., Thomas, Stapleton and Mills, JJ.,
concurred. Order to be settled before Mr. Justice Stapleton.

## THIRD DEPARTMENT, SEPTEMBER, 1917.

VERA L. HANER, Appellant, v. GEORGE F. HANER, Respondent.— Order
unanimously affirmed, with ten dollars costs and disbursements.

J. JOHN HASSETT v. HARRIET ARNOT RATHBONE Personally and as
President, etc., and Another.— Motion denied.

EDWARD C. KLAPP, Respondent, v. J. F. A. CLARK and Others, Appellants.
— Order unanimously affirmed, with ten dollars costs and disbursements.

Before the STATE INDUSTRIAL COMMISSION, Respondent: In the Matter
of the Claim of GEORGE J. VANCE, Respondent, for Compensation for

---

* Consol. Laws, chap. 17 (Laws of 1909, chap. 22), § 55a, added by
Laws of 1913, chap. 820, as amd. by Laws of 1914, chap. 244.— [REP.